**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MORRIS STONE, *et al.*,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| **v.** | : | |
| | : | **NO. 26-3757** |
| **JOHNSON CONTROLS INC., *et al.*,** | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 16th day of November, 2026, upon consideration of Plaintiffs' Motion to Remand (ECF No. 13), and the responses thereto, and for the reasons set forth in the Court's accompanying Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** that this matter is **REMANDED** to the Philadelphia Court of Common Pleas, Trial Division.

The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

Hon. Mia R. Perez